IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:11-cv-06355 EJD |
| SIDNEY THEODORE SCARLETT,<br><br>        Debtor. | (Appeal from Mercedes Benz Financial Services USA LLC v. Scarlett (In re Sidney Theodore Scarlett), Bankr. N.D. Cal. (San Jose) Case No. 10-59804, Adv. No. 11-05132) |
| MERCEDES BENZ FINANCIAL SERVICES USA LLC, | |
|         Plaintiff/Respondent,<br>  v.<br>SIDNEY THEODORE SCARLETT,<br><br>        Defendant/Appellant. | **ORDER TO SHOW CAUSE** |

      Appellant Sidney Theodore Scarlett ("Appellant") filed a Notice of Appeal from a decision of the Bankruptcy Court on December 2, 2011.  See Docket Item No. 1.  From this filing, it is unclear whether Appellant complied with the remaining requirements of Federal Rule of Bankruptcy 8006, which requires Appellant to "file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented."  Moreover, to date, the District Court has not received a copy of the record from the Bankruptcy Court.  The court cannot proceed without such record.

      Accordingly, the court hereby issues an order to show cause requiring Appellant to investigate the whereabouts of the record in this matter.  Such investigation should include, but is

1

CASE NO. 5:11-cv-06355 EJD
ORDER TO SHOW CAUSE

not necessarily limited to, contact with the bankruptcy clerk in charge of forwarding the record from that court to the District Court. Appellant may provide the bankruptcy clerk a copy of this Order to Show Cause and may inform the bankruptcy clerk that the record has not been received.

Appellant shall file a brief declaration in response to this Order to Show Cause detailing the efforts made to secure the record and providing any other pertinent information on or before **September 17, 2012.** If Appellant does not file a response as directed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: September 7, 2012



EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:11-cv-06355 EJD
ORDER TO SHOW CAUSE